UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-33770 |
|---|---|
|    DENNIS S. WEGLEY | (Chapter 13) |
|    DIANA L WEGLEY | |
|                               Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4045227**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | DENNIS S. WEGLEY & DIANA L WEGLEY<br>6030 HILDENBORO DRIVE<br>DUBLIN, OH 43017 | 0.07 |

    /s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/16/2010

Certificate of Service     06-33770

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DENNIS S. WEGLEY
DIANA L WEGLEY
6030 HILDENBORO DRIVE
DUBLIN, OH  43017

DAVID M HOLLINGSWORTH
BOX 52
ENON, OH  45323

(45.1n)
DENNIS A LIEBERMAN
ATTN EMERSON R KECK
318 W FOURTH STREET
DAYTON, OH  45402

(44.1n)
OHIO DEPT OF TAXATION
BANKRUPTCY DIVISION
BOX 530
COLUMBUS, OH  43216

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____    sv